UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

GARY JASON
4255 Thornwood Drive
Williamsville, New York 14221

        Plaintiff,                  **NOTICE OF VOLUNTARY DISCONTINUANCE**

   -v-

PORTFOLIO RECOVERY ASSOCIATES, LLC     Case Number:
120 Corporate Boulevard
Norfolk, Virginia 23502

        Defendant,
_____

    **PLEASE TAKE NOTICE** that, the Plaintiff, by and through the undersigned counsel, hereby advises the Court and the Clerk that prior to joinder of issue and receipt of an Answer, the parties have settled the litigation such that the Plaintiff hereby requests that this matter be voluntarily dismissed.

DATED:    Buffalo, New York
              June 21, 2010

                                             FEUERSTEIN & SMITH, LLP

                           By:   */s Mark E. Guglielmi*
                                   Mark E. Guglielmi, Esq.
                                   Attorney for Plaintiff
                                   Office and Post Office Address
                                   17 St. Louis Place
                                   Buffalo, New York 14202
                                   (716) 856-9704  Telephone
                                   (716) 856-9707  Facsimile
                                   Fsllp@aol.com